# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 21, 2012

144385

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

_____

IN RE CERTIFIED QUESTION FROM THE
UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF MICHIGAN

SC: 144385
USDC-WD: 4:05-CV-79

_____

PAMELA MATTISON, o.b.o. M.M. and M.M.,
                    Plaintiff,

v

COMMISSIONER OF SOCIAL SECURITY,
                    Defendant.

_____/

On order of the Court, the question certified by the United States District Court for the Western District of Michigan is considered. We direct the Clerk to schedule oral argument on whether to answer the question. MCR 7.305(B). The parties shall file supplemental briefs within 35 days of the date of this order addressing whether Michigan's afterborn heirs statute, MCL 700.2108, is determinative of the question. They should avoid submitting mere restatements of the arguments made in their briefs.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 21, 2012 _____    _____
                                                                              Clerk

h0919